UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CLEON KIRLEW,<br><br>　　　　Defendants. | CASE NO.:　21-CR-60039-AHS-2<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND DEADLINES** |

**COMES NOW** Defendant, CLEON KIRLEW, by and through his undersigned counsel and respectfully moves this Court to order a continuance of his imminent jury trial and an extension of court-imposed deadlines, and as grounds therefor states as follows:

1)　　The Defendant is charged with I) Conspiracy to Commit Sex Trafficking, and II) Sex Trafficking of a Minor.  He was indicted on July 6, 2021.

2)　　Each count carries a potential life sentence, and Count II has a 15-year minimum mandatory sentence.

3)　　This Court on August 24, 2021, entered an order setting this matter for trial during the two-week period beginning October 12, 2021.  The order also addressed deadlines for motions *in limine* or to schedule a guilty plea.

4)　　For the second time, the Defendant seeks to continue his trial date and associated deadlines. Co-defendant Shanteria Barnes, who was indicted several months before the Defendant, has scheduled a Change of Plea hearing for October 5, 2021, a week before the Defendant's trial.  The circumstances surrounding her eventual plea will likely dictate this Defendant's litigation plans.

5)　　The defense requests a 30-60 day continuance to allow the Barnes matter to wind down, and for the defense to have continued, meaningful plea negotiations with the Government.  The ends of justice served by such a continuance outweigh the Defendant's and the public's interests in a speedy trial.

6)　　The undersigned conferred with A.U.S.A. Brooke Latta and Manuel Gonzalez Jr., attorney for Barnes, and neither objects to the continuance sought herein.

- 2 -

**WHEREFORE**, Defendant CLEON KIRLEW respectfully prays that this Court continue this matter to a Calendar Call setting in or after November 2021, and extend this Court's pleading deadlines accordingly.

    Respectfully submitted,

*/s/ Carter T. Hillstrom*
CARTER T. HILLSTROM
Attorney for the Defendant
Florida Bar # 26211
Shemtov & Hillstrom, PLLC
612 SE 5th Ave., Suite 4
Fort Lauderdale, FL 33301
(954) 329-2222
(954) 462-7237 FAX
carter@shlawfl.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the instant motion is not made for unnecessary delay, and that a true and correct copy of the foregoing was served by the CM/ECF system on all counsel or parties of record.

*/s/ Carter T. Hillstrom*
CARTER T. HILLSTROM