UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CR-60039-AHS

UNITED STATES OF AMERICA

v.

CLEON KIRLEW,

        Defendant.
                                /

## FACTUAL PROFFER

The United States of America and the Defendant, **Cleon Kirlew ("KIRLEW")**, through counsel, hereby stipulate and agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

From in or around July 2020, through in or around August 2020, in Broward County, KIRLEW and co-defendant Shanteria Barnes ("Barnes") did knowingly and willfully combine, conspire, confederate, and agree with each other to, and actually did, knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, and solicit Minor Victim 1, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe Minor Victim 1, that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act in Broward County, Florida.

On or about August 12, 2020, members of the Child Exploitation and Human Trafficking Task Force ("CEHTTF") responded to a hospital located in Tamarac, for the recovery of an 11-year-old female ("Minor Victim 1"), who was reported missing to law enforcement by her family.

Minor Victim 1 met an individual by the name of "Nick". On or about August 1, 2020, "Nick" took Minor Victim 1 to meet "Moe", later identified by law enforcement as KIRLEW.



"Nick" and KIRLEW then took Minor Victim 1 to a Days Inn hotel located in Oakland Park, Florida ("Oakland Days Inn"), whereupon KIRLEW had rented a hotel room from July 31, 2020, through August 3, 2020.

Minor Victim 1 stayed at the Oakland Days Inn for three nights with KIRLEW, during which, Minor Victim 1 engaged in sex with KIRLEW. While staying with KIRLEW at the Oakland Days Inn, KIRLEW arranged for Minor Victim 1 to engage in commercial sex acts with other men, which KIRLEW received money for.

During this time, KIRLEW also called Barnes and told her to come to the Oakland Days Inn so that she could meet Minor Victim 1. KIRLEW is Barnes' ex-boyfriend and would frequently call Barnes asking Barnes to bring KIRLEW females for the purpose of engaging in commercial sex acts.

When Barnes arrived at the Oakland Days Inn, Minor Victim 1 was in KIRLEW's bed and had just had sex with KIRLEW. At the time, Barnes was accompanied by two minor females, later identified as Minor Victim 2 and Minor 3. Minor Victim 2 and Minor 3 did Minor Victim 1's hair, which KIRLEW paid Minor 3 $120 for.

Barnes informed Minor Victim 1 that she was known as "Pumpkin", and asked Minor Victim 1 to dance for her to see if Minor Victim 1 knew how to. When Minor Victim 1 was able to dance and do a split, Barnes was impressed and told Minor Victim 1 that she would pay her $60 to strip at Barnes' aunt's birthday. Barnes also told Minor Victim 1, "oh bitch, I got money cause I fuck," and showed Minor Victim 1 videos and pictures of people with wads of cash in order to show Minor Victim 1 how much money she could make engaging in commercial sex acts.

Barnes would arrange "dates" for both herself and Minor Victim 1 to engage in

commercial sex. Barnes had the "dates" come to Barnes' house so that she could discuss the terms of the "date." On one occasion, Barnes instructed the men which hotel they would be meeting at, told them whether Minor Victim 1 would be stripping for them, and how much it would cost. When the men would arrive at Barnes' house for the "date," Barnes would drive Minor Victim 1 in a two-door silver vehicle, with the men following behind in their own vehicle, to the nearby Travelodge Hotel located in Pompano Beach ("Travelodge") for the "date." The men would be the one to rent the hotel rooms.

On these "dates," Barnes told Minor Victim 1 not to accept anything less than $40 to engage in sexual activities. Minor Victim 1 stated that for $30, she would strip for the "dates," and starting at $40, she would have sex with the men.

While Minor Victim 1 was with Barnes, Minor Victim 1 engaged in sexual acts for money, for approximately four days and made approximately $150 per day. Minor Victim 1 engaged in at least 14 "dates" at the direction and arrangement of Barnes.

When Minor Victim 1 and Barnes were having "dates" for commercial sex, "Nick" and KIRLEW would be waiting for Barnes and Minor Victim 1 to finish the "dates," and then they would all meet up.

KIRLEW knew Minor Victim 1 was under the age of 14 years, and KIRLEW instructed Minor Victim 1 to tell other individuals that she was 19 years old, while staying with him.

[SPACE INTENTIONALLY LEFT BLANK]



The parties agree that these facts, which do not include all facts known to the government and the defendant, are sufficient to prove that the defendant violated Title 18, United States Code, Sections 1594(c), and 1591(a)(1), (b)(1), (c) and (2).

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 2/14/2022        By: /s/ Brooke Elise Latta
                           BROOKE ELISE LATTA
                           ASSISANT UNITED STATES ATTORNEY

Date: 2/29/2022        By: _____
                           CARTER HILLSTROM
                           COUNSEL FOR DEFENDANT

Date: 2/24/22          By: _____
                           CLEON KIRLEW
                           DEFENDANT

4