UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60039-AHS

**UNITED STATES OF AMERICA**

vs.

**CLEON KIRLEW,**

      **Defendant.**
_____/

**MOTION FOR PROPOSED ORDER MANDATING NO RESTITUTION**

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Honorable Court to enter an order mandating that there is to be no restitution in this case.

                                            Respectfully submitted,

                                            JUAN ANTONIO GONZALEZ
                                            UNITED STATES ATTORNEY

By:   ***Brooke Elise Latta***
       Brooke Elise Latta
       Assistant United States Attorney
       Florida Bar No. 105315
       500 East Broward Boulevard, Suite 700
       Fort Lauderdale, Florida 33301